**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 19, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00480-CV

---

## LANCE MCKENZIE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF COURTNEY MCKENZIE-THUE (DECEASED), DEBORAH DIVER, INDIVIDUALLY AND AS NEXT FRIEND OF JENSEN O'HARA, Appellants

### V.

## WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER A/K/A WAKE FOREST BAPTIST MEDICAL CENTER AND WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE, Appellees

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-74868**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 10, 2014. On August 11, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. All other pending motions are denied.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.